**David E. Barker, Esq. (State Bar No. 190176)**
**Kristine L. Olsen, Esq. (State Bar No. 178069)**
**COLLINS COLLINS MUIR + STEWART LLP**
**1100 El Centro Street**
**South Pasadena, CA  91030**
**Tel: (626) 243-1100**
**Fax:  (626) 243-1111**

Attorneys for Plaintiff, **JS-6**
TEAM DESIGN STUDIO, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAM DESIGN STUDIO, INC.<br><br>        Plaintiff,<br><br>    vs.<br><br>HTH ARCHITECTS , LLP and DOES 1 – 50, inclusive<br><br>        Defendants. | CASE NO.  CV08-5063 (VBF) CWx<br>*[Case assigned to Valerie Baker Fairbank, Department, Courtroom 9]*<br><br>**ORDER OF DISMISSAL**<br><br>**Complaint Filed:   August 1, 2008**<br><br>**Trial Date:         Not set** |

The Court having received and reviewed the joint stipulation of the parties for dismissal of the entire action with prejudice, hereby accepts such stipulation and orders that the above-entitled action be dismissed with prejudice as to all parties.

IT IS SO ORDERED.

DATED: 4/7/09

By: _____
JUDGE VALERIE BAKER FAIRBANKS

*SR\C:\TEMP\NOTESE1EF34\ORDER RE DISMISSAL ENTIRE ACTION.DOC*

Collin Collins Muir +Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

1
**ORDER**